Lisa MURRAY, Plaintiff–Appellant,

v.

FAIRFAX COUNTY SCHOOL BOARD, Defendant–Appellee.

No. 02–1794.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 14, 2002.

Lisa Murray, Appellant Pro Se. Ardra Monique O'Neal, Hunton & Williams, McLean, Virginia, for Appellee.

Before WILLIAM D. WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lisa Murray appeals the district court's order granting her employer's motion for summary judgment and dismissing her discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court for the reasons stated from the bench. *See Murray v. Fairfax Cty. Sch. Bd.,* No. CA–02–14–A (E.D. Va. filed July 12, 2002 & entered July 15, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*